UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61152-CIV-DIMITROULEAS

JEFFREY D. BIANCHI,

                                            Magistrate Judge Snow

    Plaintiff,

vs.

SIMM ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff Jeffrey D. Bianchi's Notice of Voluntary Dismissal with Prejudice [DE 4] filed on October 17, 2009, in which the Plaintiff provides the Court with notice of her voluntary dismissal of this case with prejudice. The Court has carefully considered Notice and the record and is otherwise fully advised in the premises.

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Jeffrey D. Bianchi's Notice of Voluntary Dismissal with Prejudice [DE 4] is hereby **APPROVED**;

    2. The above-styled case is **DISMISSED with prejudice**;

    3. The Clerk shall close this case;

    4. All pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 19th day of October, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record